IN THE MIDDLE DISTRICT COURT
FOR THE STATE OF ALABAMA

ANGELA DENISE NAILS,

      Plaintiff,

Vs.

JAN BLAKNEY,

      Defendant(s)

Case No. 2:07-CV-941-MEF



RECEIVED
2007 OCT 19 A 10: 03
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## HARRASSMENT

The plaintiff is suing the defendant(s) Because of her nasty attitude. While out in public the defendant Jan Blakney has been rude. Because of the issue dealing with the apartment that the plaintiff is head of household on the lease the defendant behavior has not been completely satisfying with issues about the apartment. The plaintiff issues is with the defendant Jan Blakney when not on the premises of the apartment that she is managing. And her rudeness and negative attitude against me out in the public. The defendant is being sued for $11,000.00. The defendant mailing address is P. O. Box 400 Carrollton, AL 35447

_Angela Denise Nails_
ANGELA DENISE NAILS
PROSE ATTORNEY